# Exhibit "D"

Exh. D - 92

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**WEST JUSTICE CENTER**

**MINUTE ORDER**

DATE: 03/29/2024　　　　TIME: 03:47:00 PM　　DEPT:  W08

JUDICIAL OFFICER PRESIDING: Sheila Recio
CLERK: S. Castillo
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: C. Millan

CASE NO: **30-2023-01344722-CU-WT-WJC**　CASE INIT.DATE: 08/28/2023
CASE TITLE: **Schlickman vs. Anser Advisory**
CASE CATEGORY: Civil - Unlimited　　CASE TYPE: Wrongful Termination

---

EVENT ID/DOCUMENT ID: 74260595
**EVENT TYPE:** Chambers Work

---

**APPEARANCES**

---

There are no appearances by any party.

The court has reviewed the case file, including case management statement filed by both sides. The case is not at-issue. The court notes that Defendant has not yet Answered, and according to Defendant's CMC Statement, Defendant was not served until March 2024 and it intends to demur.

**As such, the court CONTINUES the Case Management Conference from April 8, 2024 to September 9, 2024, at 10:00 am in Dept W8.**

All appearing parties SHALL file and serve new case management conference statements at least 15 calendar days prior to the continued hearing as required by the rules, including California Rules of Court rule 3.725 and Local Rule 369. Failure to do so may result in the imposition of monetary sanctions.

Clerk to give notice.

Exh. D - 93

IFORNIA, COUNTY OF ORANGE

· Advisory

| TE OF MAILING/ELECTRONIC SERVICE | CASE 30-202 |
|---|---|

his cause. I certify that that the following document(s), Mi
Orange County Superior Court email server on March 29, 2
ge County Superior Court, 700 Civic Center Dr. W, Santa
n 1013b, I electronically served the document(s) on the pe

OS@GMAIL.COM

S. Castillo

Exh. D - 94

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**NORTH JUSTICE CENTER**

**MINUTE ORDER**

DATE: 03/06/2024               TIME: 11:29:00 AM          DEPT:  N17

JUDICIAL OFFICER PRESIDING: Craig Griffin
CLERK: L. Silva
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:

CASE NO: **30-2023-01344722-CU-WT-NJC**   CASE INIT.DATE: 08/28/2023
CASE TITLE: **Schlickman vs. Anser Advisory**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Wrongful Termination

EVENT ID/DOCUMENT ID: 74243212
**EVENT TYPE:** Chambers Work

**APPEARANCES**

There are no appearances by any party.

Plaintiff's Motion for Peremptory Challenge Under C.C.P. 170.6 to the Honorable Judge Craig Griffin filed on 08/30/24 by plaintiff is read and considered.

Through inadvertence Peremptory Challenge was not addressed timely.

The Court accepts the Peremptory Challenge and finds it timely filed.

Matter is referred for re-assignment this date.

Court orders Clerk to give notice.

Exh. D - 95

IFORNIA, COUNTY OF ORANGE

Advisory

| | |
|---|---|
| **TE OF MAILING/ELECTRONIC SERVICE** | CASE<br>**30-20**|

his cause. I certify that that the following document(s), Mi
Orange County Superior Court email server on March 6, 2(
ge County Superior Court, 700 Civic Center Dr. W, Santa
n 1013b, I electronically served the document(s) on the pe

OS@GMAIL.COM

*Lenora Silua*

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 03/06/2024              TIME: 11:43:00 AM        DEPT:  C12

JUDICIAL OFFICER PRESIDING:  Supervising Judge Layne H. Melzer
CLERK: M. Ferreira
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: None

CASE NO: **30-2023-01344722-CU-WT-NJC**   CASE INIT.DATE: 08/28/2023
CASE TITLE: **Schlickman vs. Anser Advisory**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Wrongful Termination

---

EVENT ID/DOCUMENT ID: 74243229
**EVENT TYPE:** Chambers Work

---

**APPEARANCES**

---

There are no appearances by any party.

A Peremptory Challenge under C.C.P. 170.6 as to the Honorable Craig L. Griffin having been filed on 08/30/2023, by Plaintiff, and this matter having been transferred to C12 for reassignment, the Court now rules as follows:

This case is reassigned to the Honorable Sheila Recio in Department W08 for all purposes.

Department W08 is located at 8141 13th Street, Westminster, CA 92683-4593.

Counsel to contact clerk in Department W08 within 15 days of receipt of this order to reschedule any pending hearings.

The Court determines that for purposes of exercising C.C.P. 170.6 rights, there are two sides to this matter unless the contrary is brought to the attention of the Court, by Ex-Parte motion.  Counsel has 15 days from the date of the enclosed certificate of mailing in which to exercise any rights under C.C.P. 170.6.

Court orders Clerk to give notice. Plaintiff to give notice to any parties not listed and to file proof of service with the court within 10 days.

Exh. D - 97

IFORNIA, COUNTY OF ORANGE

· Advisory

| TE OF MAILING/ELECTRONIC SERVICE | CASE 30-202 |

ais cause. I certify that that the following document(s), Mi
)range County Superior Court email server on March 6, 20
ge County Superior Court, 700 Civic Center Dr. W, Santa
n 1013b, I electronically served the document(s) on the pe

)S@GMAIL.COM

*M. Ferreira*

Exh. D - 98