WILSON TURNER KOSMO LLP
MARISSA L. LYFTOGT (259559)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: mlyftogt@wilsonturnerkosmo.com

Attorney for Defendants
ANSER ADVISORY, LLC and ANSER
ADVISORY MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA SCHLICKMAN,<br><br>              Plaintiff,<br><br>        v.<br><br>ANSER ADVISORY, LLC; ANSER ADVISORY MANAGEMENT, LLC formerly known as DHS CONSULTING, INC./LLC; SUDIR DAMLE, an individual; GARY COOLEY, an individual; MARLENE HUMBERT, an individual; LOYELLA COUTTS, an individual; and DOES 1-10.<br><br>              Defendants. | Case No. 8:24-cv-1076<br><br>**DECLARATION OF MARISSA L. LYFTOGT IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION TO FEDERAL COURT**<br><br><br>Trial Date:        Not Set<br>Complaint Filed: August 28, 2023<br>FAC Filed:        April 18, 2024 |

-1-                                    Case No. 8:24-cv-1076

DECLARATION OF MARISSA L. LYFTOGT IN SUPPORT OF DEFENDANTS'
REMOVAL OF ACTION TO FEDERAL COURT

I, Marissa L. Lyftogt, do hereby declare:

1. I am an attorney and duly licensed to practice law in the State of California and an attorney at the law firm of Wilson Turner Kosmo LLP, attorneys of record for Defendants Anser Advisory, LLC and Anser Advisory Management, LLC.

2. I have personal knowledge of the facts contained in this declaration, and if called upon to testify, I would and could competently do so as set forth herein, except as to those matters that are explicitly set forth as based upon information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. On March 1, 2024, Plaintiff served a copy of the complaint and summons on Defendant Anser Advisory Management, LLC via its registered agent for service of process. Neither the summons nor the complaint identified Defendant Anser Advisory Management, LLC. Defendant Anser Advisory Management, LLC never responded to the complaint.

4. On April 18, 2024, Plaintiff filed a First Amended Complaint naming Defendant Anser Advisory Management, LLC and Defendant Anser Advisory, LLC as parties. The First Amended Complaint also added ten new causes of action and added individual defendants Sudir Damle, Gary Cooley, Marlene Humbert and Loyella Coutts.

5. On May 2, 2024, Plaintiff requested and received an amended summons naming Anser Advisory Management, LLC, Anser Advisory, LLC, Sudir Damle, Gary Cooley, Marlene Humbert and Loyella Coutts.

6. As of the date of this removal, Plaintiff has not personally served Defendant Anser Advisory Management, LLC or Defendant Anser Advisory, LLC with the amended summons and First Amended Complaint as required.

7. Upon information and belief, Plaintiff has not served any of the individual defendants with the amended summons and First Amended Complaint.

8. While the First Amended Complaint is silent as to Plaintiff's citizenship, Plaintiff filed a charge with the Department of Fair Employment and Housing on

DECLARATION OF MARISSA L. LYFTOGT IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION TO FEDERAL COURT

February 8, 2022 indicating her residence was in Anaheim, California. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's DFEH charge.

9.     Defendant Gary Cooley is, and was (as of August 28, 2023, the time this action was filed in state court), a resident of Texas.

10.     Defendant Marlene Humbert is, and was (as of August 28, 2023, the time this action was filed in state court), a resident of Arizona.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of May 2024, at San Diego, California.


/s/ *Marissa L. Lyftogt*
MARISSA L. LYFTOGT

-3-                                                        Case No. 8:24-cv-1076
DECLARATION OF MARISSA L. LYFTOGT IN SUPPORT OF DEFENDANTS'
REMOVAL OF ACTION TO FEDERAL COURT

## INDEX OF EXHIBITS

| Exhibit Number | Description | Page Numbers |
|---|---|---|
| 1. | Plaintiff's Charge filed with the Department of Fair Employment and Housing on February 8, 2022 | 5 – 7 |

DECLARATION OF MARISSA L. LYFTOGT IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION TO FEDERAL COURT