# Exhibit "1"

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

## COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

**CASE NUMBER**

202108-14598127

**EEOC NUMBER**

37A-2022-00711

**COMPLAINANT**

Cara Schlickman

**ADDRESS**

Anaheim, California 92806

**PHONE**

**TYPE OF DISCRIMINATION AND LAW**

Government Code 12940

NAMED IS THE EMPLOYER, PERSON, AGENCY, ORGANIZATION OR GOVERNMENT ENTITY WHO DISCRIMINATED AGAINST ME

**RESPONDENT(S)**

Anser Advisory fka DHS Consulting

**ADDRESS**

2677 N. Main Street, Suite 400
Santa Ana, California 92705

**PHONE**

(714) 276-1135

**AGENT FOR SERVICE**

COGENCY GLOBAL INC.
(C2003699), Agent of Service for
Anser Advisory fka DHS Consulting

**ADDRESS**

1325 J Street, Suite 1550
Sacramento, CA 95814

**PHONE**

**NO. OF EMPLOYEES**
50+

- Allegation 1 -

**I ALLEGE THAT I EXPERIENCED**
Discrimination
**ON OR BEFORE**
February 5, 2021
**BECAUSE OF MY ACTUAL OR PERCEIVED**
Disability (physical or mental);Sex/Gender;Pregnancy, child birth, breast feeding and/or related medical conditions
**AS A RESULT, I WAS SUBJECTED TO**
Terminated
**PARTICULARS**
I worked as an Administrating Manager earning $28.95 per hour and believe I was discriminated based on my sex/gender (female), pregnancy and disability. On October 8, 2019 I went out on maternity leave and after labor was placed on disability for an additional 8 weeks due to complications. On February 3, 2020 I was granted a 6-month extension by my neurologist and provided this documentation to Human Resources Operations Director,

FORM REV Pending
Page 1 of 2

Exh. 1 - 6

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

## COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

**CASE NUMBER**

202108-14598127

**EEOC NUMBER**

37A-2022-00711

Katie Monahan on February 6, 2020. In September 2020 I emailed Ms. Monahan on the status of my position and told I would have to wait on the next steps of any accommodations. On December 1, 2020 I was notified (email) by Ms. Monahan and asked if my work restrictions are the same in which I responded on December 7,2021 that they were. In January 2021 I was verbally notified by Senior Vice President of Human Resources Marlene Humbert that my position was no longer available and offered a severance agreement stating February 5, 2021 as my last day working and terminated.

**SIGNED UNDER PENALTY OF PERJURY**

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge, except as to matters stated on my information and belief, and as to those matters I believe them to be true.

SIGNATURE OF COMPLAINANT OR COMPLAINANT'S LEGAL REPRESENTATIVE:

DATE:

Caitlin Schuckman (Feb 8, 2022 16:10 PST)

Feb 8, 2022