WILSON TURNER KOSMO LLP
MARISSA L. LYFTOGT (259559)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail:  mlyftogt@wilsonturnerkosmo.com

Attorney for Defendants
ANSER ADVISORY, LLC; ANSER
ADVISORY MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA SCHLICKMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>ANSER ADVISORY, LLC; ANSER ADVISORY MANAGEMENT, LLC formerly known as DHS CONSULTING, INC./LLC; SUDIR DAMLE, an individual; GARY COOLEY, an individual; MARLENE HUMBERT, an individual; LOYELLA COUTTS, an individual; and DOES 1-10.<br><br>            Defendants. | Case No. 8:24-cv-1076<br><br>**DECLARATION OF ROBERT F. GOLDMAN IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Trial Date:          Not Set<br>Complaint Filed: August 28, 2023<br>FAC Filed:          April 18, 2024 |

I, Robert F. Goldman, do hereby declare:

1.      I am the Secretary of Accenture Inc., managing partner of Accenture LLP. I am also an employee of Accenture LLP, working within the company's Legal Department since July 2012.

2.      I have knowledge of the facts contained in this declaration, and if called upon to testify, I would and could competently do so as set forth herein, except as to those matters that are explicitly set forth as based upon information and belief and, as to such matters, I am informed and believe that they are true and correct.

///

-1-                                                    Case No. 8:24-cv-1076

3.      On August 7, 2023, Accenture Inc. acquired 100% of the equity of Asgard Super Parent, LLC, a limited liability company organized under the laws of Delaware, including substantially all of its subsidiaries which included Defendants ANSER ADVISORY, LLC and ANSER ADVISORY MANAGEMENT, LLC.

4.      Defendant ANSER ADVISORY, LLC is and was (as of August 28, 2023, the time this action was filed in state court), the sole member of Defendant ANSER ADVISORY MANAGEMENT, LLC.

5.      Defendant ANSER ADVISORY, LLC is and always has been a limited liability company. As of August 28, 2023 (the date this action was filed in state court), the sole member of Defendant ANSER ADVISORY, LLC was Accenture Sub IV Inc., which was a corporation duly organized under the laws of Delaware with its principal place of business located outside of California.

6.      As of the date of removal, Accenture LLP is the sole member of Defendant ANSER ADVISORY, LLC. Accenture LLP is a limited liability partnership duly organized and existing under the laws of Illinois. Accenture LLP has six partners, none of which are citizens of California:

   a.   The first partner in Accenture LLP is Accenture Inc., a corporation duly organized under the laws of Delaware with its principal place of business located outside of California.

   b.   The second partner in Accenture LLP is Accenture LLC, a limited liability company duly organized under the laws of Delaware. No member of Accenture LLC is a citizen of California.

   c.   The third partner in Accenture LLP is Accenture Sub II Inc., a corporation duly organized under the laws of Delaware with its principal place of business located outside of California.

   d.   The fourth partner in Accenture LLP is Accenture Sub III Inc., a corporation duly organized under the laws of Delaware with its principal place of business located outside of California.

-2-                                          Case No. 8:24-cv-1076

DECLARATION OF ROBERT F. GOLDMAN IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION TO FEDERAL COURT

e.  The fifth partner in Accenture LLP is Accenture Sub IV Inc., a corporation duly organized under the laws of Delaware with its principal place of business located outside of California.

f.  The sixth partner in Accenture LLP is Accenture Sub V Inc., a corporation duly organized under the laws of Delaware with its principal place of business located outside of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of May 2024, at Chicago, Illinois.

_____
Robert F. Goldman

-3-                                    Case No. 8:24-cv-1076

DECLARATION OF ROBERT F. GOLDMAN IN SUPPORT OF DEFENDANTS'
REMOVAL OF ACTION TO FEDERAL COURT