

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

July 30, 2024

 Orange County Superior Court 
 700 Civic Center Drive West 
 Santa Ana, CA 92701 

Re:  Case Number:  ____8:24–cv–01076–DOC–KES____
    Previously Superior Court Case No.  ____30–2023–01344722–CU–WT–NJC____
    Case Name:  ____Cara Schlickman v. Anser Advisory, LLC et al____

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on  ____7/30/24____, the above–referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Trina DeBose_
     Deputy Clerk
     trina_debose@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____

_____
Date

Deputy Clerk

G–17 (06/24)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT